UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GREEN MEADOWS PARTNERS, derivatively
on behalf of the Nominal Defendant,

       Plaintiff,     **Civil Action No.: 05 Civ. 10445 (JFK)**

             **NOTICE OF DISMSSAL PURUSANT TO**
    --against--      **FEDERAL RULE 41(A)**

RICHARD A. BARASCH, ROBERT A.
WAEGELEIN  GARY W. BRYANT,
WILLIAM E. WEHNER, BRADLEY E.
COOPER, ROBERT A. SPASS, ERIC W.
LEATHERS and CAPITAL Z FINANCIAL
SERVICES FUND, II, L.P.

       Defendants,

    --and--

UNIVERSAL AMERICAN FINANCIAL CORP.

     Nominal Defendant.

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

this action is hereby dismissed.


Dated: July 24, 2007


             ROY JACOBS & ASSOCIATES

             By: _____
               Roy L. Jacobs (RLJ 0286)
             60 East 42nd Street 46th Floor

1

New York, NY 10165
212-867-1156
212-504-8343 (Fax)

rjacobs@jacobsclasslaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certifiy that on the 24th day of July, 2007, the foregoing Notice of Dismssal Pursuant to Federal Rule Rule 41(a) was served upon counsel for defendants by ECF Notification on :

**Joseph F. Donley**
Dechert LLP
30 Rockfeller Plaza
New yortk, NY 10112
(212) 649-8724
Fax: (212) 891-9598
Email: joseph.donley@dechert.com

Roy L. Jacobs

3